DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES FRANKLIN CLARK, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3751

[February 13, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502011CF000175A.

Richard G. Lubin of Richard G. Lubin, P.A., West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***